IRVING ZIEGLER et al., Appellants, v. GEORGE HALVORSEN, Respondent.— In an action by plaintiffs to recover damages for personal injuries, property damage and loss of services, alleged to have resulted from the negligence of defendant in operating his car so that it collided with another automobile, judgment for

defendant unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.